IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | )<br>)<br>)<br>) NO. 21-CV-2316 |
| PLAINTIFFS, | ) JUDGE PACOLD |
| v. | ) MAGISTRATE JUDGE HARJANI |
| ALUMITAL CORPORATION, an Illinois corporation, | ) |
| DEFENDANT. | ) |

## JOINT STATUS REPORT

NOW COMES, Trustees of the Glaziers, Architectural Metal and Glass Workers Local Union No. 27 Welfare and Pension Funds, Plaintiffs, by and through its attorneys, and on behalf of all of the Parties to this action, hereby submit this Status Report.

(a) SETTLEMENT EFFORTS

**The parties have agreed to a settlement agreement in principle to resolve the litigation. The parties are working on finalizing the settlement agreement.**

**Respectfully submitted,**                 **Dated: November 11, 2021**

**Trustees of the Chicago Painters**        **Alumital Corporation**

By:__/s/Grant R. Piechocinski_____      By:__/s/Christina Wernick____
      One of their attorneys                         One of its attorneys

Grant R. Piechocinski                               Christina Wernick
ARNOLD AND KADJAN, LLP               LANER MUCHIN, LTD
35 E. Wacker Drive, Suite 600               515 North State Street, Suite 2800
Chicago, IL 60601                                    Chicago, IL 60654