# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Glaziers Architectural Metal And Glass Workers Local Union No. 27 Welfare And Pension Funds

Plaintiff,

v.

Case No.: 1:21−cv−02316

Honorable Martha M. Pacold

Alumital Corporation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 17, 2021:

MINUTE entry before the Honorable Sunil R. Harjani: Status hearing set for 11/18/2021 is stricken and reset to reset to 12/16/2021 at 9:15 a.m. By 12/09/2021 the parties shall file a stipulation to dismiss with the district judge. The Court has reviewed the latest Joint Status Report [23]. The parties state that they have reached a settlement and are finalizing a settlement agreement. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.