# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | )<br>)<br>)<br>) NO. 21-CV-2316 |
| PLAINTIFFS, | ) JUDGE PACOLD |
| v. | ) MAGISTRATE JUDGE HARJANI |
| ALUMITAL CORPORATION, an Illinois corporation, | )<br>)<br>) |
| DEFENDANT. | ) |

## STIPULATION OF DISMISSAL

The parties, by and through their attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), voluntarily dismiss this action with prejudice for any and all claims with each party to bear their own fees and costs.

**TRUSTEES OF THE GLAZIERS LOCAL 27 FRINGE BENEFIT FUNDS**

/s/ Grant R. Piechocinski
*One of Plaintiffs' Attorneys*
Donald D. Schwartz
Grant R. Piechocinski
*Arnold And Kadjan, LLP*
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415

**ALUMITAL CORPORATION**

/s/Christina Wernick
*Attorney for Defendant*
Christina Wernick
*Laner Muchin, Ltd.*
515 N. State Street, Suite 2800
Chicago, IL 60654
(312) 467-9800

1